IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02235-WYD-NYW

INTEGRITY APPLIED SCIENCE, INC.,

Plaintiff,

v.

CLEARPOINT CHEMICALS LLC,

Defendant.

## DEFENDANT CLEARPOINT CHEMICALS LLC'S STATUS REPORT REGARDING CHAPTER 11 BANKRUPTCY

Defendant Clearpoint Chemicals LLC ("Clearpoint") filed a Chapter 11 Voluntary Petition for Non-Individuals filing for Bankruptcy in the United States Bankruptcy Court for the Southern District of Alabama (Case # 20-12274) on September 29, 2020. Clearpoint's Chapter 11 bankruptcy proceeding remains active; however, as Clearpoint previously apprised this Court, the Bankruptcy Court has entered an Order Approving Compromise Under Bankruptcy Rule 9019 With Integrity Applied Science, Inc. and James River Insurance Company. This order grants Plaintiff Integrity Applied Science, Inc.'s Motion for Relief from Stay and permits it to proceed against Clearpoint in the above-captioned action. Integrity Applied Science, Inc. has filed in this action an Unopposed Motion to Lift Stay [Doc. 162].

Dated:  December 30, 2021            TYSON & MENDES LLP

                                     By:    /s/ *Joel A. Palmer*
                                            Joel A. Palmer
                                            200 Union Blvd., Suite 200

50944270.1

2

             Lakewood, CO 80228
             Telephone: (720) 726-5893
             Email: jpalmer@tysonmendes.com

             Attorneys for Defendant
             *Clearpoint Chemicals, LLC*

   I hereby certify the foregoing document complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

             /s/ *Joel A. Palmer*
             Joel A. Palmer

2

50944270.1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via ECF on the 30th day of December, 2021, upon the following:

Tamir Goldstein, Esq.
Sherman & Howard L.L.C.
633 17th Street, suite 3000
Denver, CO 80202

/s/ Joel A. Palmer
Joel A. Palmer

50944270.1